**STATE of Missouri, Respondent,**

v.

**Curtis Eugene SELVEY, Appellant.**

**No. ED 96183.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2012.

Application for Transfer Denied
Nov. 20, 2012.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

Chris A. Koster, Attorney General, Jessica P. Meredith, Asst. Attorney General, Jefferson City, MO, for Respondent.

---

2. Mother's first, second, and third points on appeal are addressed and affirmed under

Rule 84.16(b) in a separate memorandum.

Before ROBERT G. DOWD, JR. P.J. and ROY L. RICHTER and ANGELA T. QUIGLESS, JJ.

### ORDER

PER CURIAM.

Curtis Selvey, Jr., appeals from the judgment upon his conviction of first-degree robbery, Section 569.020, RSMo 2000,[1] first-degree assault, Section 565.050, and two corresponding counts of armed criminal action, Section 571.015. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2012).

---

1. All further references are to RSMo 2000 unless otherwise indicated.